IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PLANNED PARENTHOOD           )
SOUTHEAST, INC.; and         )
JANE DOE,                    )
                             )
     Plaintiffs,             )
                             )     CIVIL ACTION NO.
     v.                      )       2:15cv620-MHT
                             )          (WO)
ROBERT BENTLEY, Governor     )
of Alabama, in his           )
official capacity; and       )
STEPHANIE McGEE AZAR,        )
Acting Commissioner,         )
Alabama Medicaid Agency,     )
in her official capacity,    )
                             )
     Defendants.             )
```

ORDER OF PRELIMINARY INJUNCTION

In accordance with the opinion entered this date, it is the ORDER of the court as follows:

(1) Plaintiffs Planned Parenthood Southeast and Jane Doe's motion for a preliminary injunction (doc. no. 7) is granted as to Doe's Medicaid Act claim.

(2) Defendants Robert Bentley and Stephanie McGee Azar, and all those acting in concert with them, are PRELIMINARILY ENJOINED from suspending Medicaid

payments to Planned Parenthood Southeast, Inc. and from failing to reinstate their provider agreement with Planned Parenthood Southeast, Inc., until further order of the court.

DONE, this the 28th day of October, 2015.

                                              /s/ Myron H. Thompson

                                        **UNITED STATES DISTRICT JUDGE**