IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD SOUTHEAST, INC.; and JANE DOE,<br><br>   Plaintiffs,<br><br>  v.<br><br>ROBERT BENTLEY, Governor of Alabama, in his official capacity; STEPHANIE McGEE AZAR, Acting Commissioner, Alabama Medicaid Agency, in her official capacity,<br><br>   Defendants. | CIVIL ACTION<br><br>Case No. 2:15-cv-00620-MHT-TFM |

JOINT MOTION TO ENTER FINAL ORDER

Plaintiffs Planned Parenthood Southeast, Inc. ("PPSE") and Jane Doe and Defendants Governor Robert Bentley and Commissioner Stephanie Azar respectfully submit this stipulation regarding the final resolution of this case. In seeking this final resolution, the parties state the following:

1. The Governor and the Commissioner represent that they have reinstated PPSE's two Medicaid provider agreements with the State effective October 28, 2015 and will process any validly submitted claims for payment in accordance with Alabama Medicaid regulations.

2. PPSE represents that it has complied, and will continue to comply with Alabama Administrative Code 420-5-1.03(5)(e) regarding the examination and disposal of fetal tissue.

3. PPSE represents that it does not offer tissue-donation services to its patients, and, accordingly, does not receive reimbursement for tissue donation.

4. PPSE represents that it is a separate corporate entity from the Planned Parenthood affiliates outside Alabama about which the Governor and Commissioner expressed concern in their opposition to Plaintiffs' motion for preliminary injunction.

5. The parties have resolved all issues of attorneys' fees, costs and expenses – Defendants will pay Plaintiffs' counsel fifty one thousand, nine dollars and eighty nine cents ($51,009.89).

6. Based on these representations, the parties jointly move the Court to enter the final proposed order attached as Exhibit A.

Dated:  November 30, 2015.                                  Respectfully Submitted,

| | |
|---|---|
| Carrie Y. Flaxman* | /s/ Randall C. Marshall |
| Pennsylvania State Bar No. 78575 | Randall C. Marshall |
| PLANNED PARENTHOOD | ASB-3023-A56M |
| FEDERATION OF AMERICA | ACLU FOUNDATION OF ALABAMA, INC. |
| 1110 Vermont Avenue NW, Suite 300 | P.O. Box 6179 |
| Washington, DC 20005 | Montgomery, AL 36106-0179 |
| (202) 973-4830 | rmarshall@aclualabama.org |
| carrie.flaxman@ppfa.org | (334) 420-1741 |
| | |
| | Brigitte Amiri* |
| Melissa Cohen* | New York Bar Number 3017167 |
| New York Bar Number 4782918 | ACLU FOUNDATION |
| PLANNED PARENTHOOD FEDERATION | Jennifer Dalven* |
| OF AMERICA | New York Bar Number 2784452 |
| 434 West 33rd Street | ACLU FOUNDATION |
| New York, NY 10001 | 125 Broad Street, 18th FL |
| (212) 261-4649 | New York, NY 10004 |
| melissa.cohen@ppfa.org | bamiri@aclu.org |
| | jdalven@aclu.org |
| | 212-549-2633 |
| | |
| | Attorneys for the Plaintiff |
| | |
| | *Admitted p*ro hac vice* |

| | |
|---|---|
| /s/ John C. Neiman, Jr. | David B. Byrne, Jr. |
| John C. Neiman, Jr. | Office of the Governor |
| Scott S. Brown | Alabama State Capitol |
| Prim Formby Escalona | 600 Dexter Avenue, Room NB-05 |
| Kasdin M. Mitchell | Montgomery, Alabama 36130 |
| MAYNARD COOPER & GALE P.C. | 334-242-7120 |
| 1901 Sixth Avenue North, Suite 2400 | david.byrne@governor.alabama.gov |
| Birmingham, Alabama 35203 | |
| jneiman@maynardcooper.com | Attorneys for Defendant Governor Robert |
| Telephone: (205) 254-1000 | Bentley |
| Facsimile: (205) 254-1999 | |

/s/ James W. Davis
James W. Davis
Misty Messick
Assistant Attorneys General

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
(334) 242-7300
(334) 353-8440 (fax)
jimdavis@ago.state.al.us
mmessick@ago.state.al.us

Attorneys for Defendant Commissioner Stephanie McGee Azar