IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

PLANNED PARENTHOOD          )
SOUTHEAST, INC.; and        )
JANE DOE,                   )
                            )
    Plaintiffs,             )
                            )          CIVIL ACTION NO.
    v.                      )           2:15cv620-MHT
                            )                (WO)
ROBERT BENTLEY, Governor    )
of Alabama, in his          )
official capacity; and      )
STEPHANIE McGEE AZAR,       )
Acting Commissioner,        )
Alabama Medicaid Agency,    )
in her official capacity,   )
                            )
    Defendants.             )

ORDER

    Before the Court is the parties' Joint Motion to

Enter Final Order (doc. no. 69). Upon consideration of

the motion, it is ORDERED that the motion (doc. no. 69)

is granted as follows:

    Defendants Robert Bentley and Stephanie McGee Azar,

and all those acting in concert with them, are

PERMANENTLY ENJOINED from suspending Medicaid payments

to Planned Parenthood Southeast, Inc., or terminating

their provider agreements based upon any allegation, video or documentation prepared by, or in concert with, the Center for Medical Progress that has been released or made available as of the date of this Order. PROVIDED HOWEVER, that nothing in this Order prohibits the Governor and Commissioner from terminating Planned Parenthood Southeast, Inc.'s Medicaid provider agreements for cause as defined by the Medicaid Act, should such cause arise in the future.

Defendants Robert Bentley and Stephanie McGee Azar, and all those acting in concert with them, are PERMANENTLY ENJOINED from terminating Planned Parenthood Southeast, Inc.'s Medicaid provider agreements on an at-will basis.

Defendants shall pay Plaintiffs' counsel fifty one thousand, nine dollars and eighty nine cents ($51,009.89) in full satisfaction of any claim for attorneys' fees, expenses and costs within ninety (90) days of this Order.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of November, 2015.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE